# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| LAKESHORE LEARNING MATERIALS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM EARTH PROMOS, LLC, a Florida limited liability company, and DOES 1-25 inclusive,<br><br>Defendants. | **CASE NO: CV11-10569DMG (JEMx)**<br><br>**FINAL ORDER OF DISMISSAL WITH PREJUDICE [23]** |

THIS CAUSE having come before the Court upon the filing of the parties' Joint Stipulation Dismissing Complaint dated May 21, 2012, and upon a review of the Court record, and good cause appearing, it is hereby

ORDERED and ADJUDGED that the Parties' Joint Stipulation Dismissing Complaint dated May 21, 2012 is hereby APPROVED. This case is DISMISSED *with prejudice*. The Court reserves jurisdiction to enforce the terms and conditions of the Parties' settlement agreement.

IT IS SO ORDERED.

DATED: May 25, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE